NUMBER 13-98-628-CV




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


IN THE MATTER OF E. P., III
, A CHILD

__________________________________________________________________


On appeal from the Juvenile Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, E. P., III, a child, perfected an appeal from a judgment
entered by the Juvenile Court of Nueces County, Texas, in cause
number 98-JUV-234. On April 13, 2000, this cause was abated, and
the trial court was directed to make a determination as to whether
appellant desired to prosecute his appeal and to make appropriate
findings and recommendations. The trial court's findings and
recommendations were received on April 18, 2000. The trial court
found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of May, 2000.